order made May 14, 1894, which affirmed a judgment in favor of defendants entered upon the decision of the court at Special Term, a jury having been waived.

*S. H. Thayer* for appellants.

*William Riley* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

JOHN P. HARVEY, Respondent, *v.* ESTELLE R. WRIGHT, Impleaded, etc., Appellant.

*Harvey* v. *Van Cott et al.*, 71 Hun, 394, affirmed.
(Argued April 9, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 12, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Charles E. Patterson* and *S. W. Petrie* for appellant.

*C. J. Palmer* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

ELIZABETH FISHER, Respondent, *v* Appellant

*Fisher* v. *Rankin*, 78 Hun, 407, aff'd
(Argued April 10, 1896; decide'

APPEAL from judg'
Supreme Court in t'
an order made ,'
favor of plain''
order den'

*Robert E. Deyo* for appellant.

*Christopher Fine* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except VANN, J., not voting.

---

JENNIE K. HAMILTON, Appellant, *v.* EDWIN L. PATRICK et al., Respondents.

*Hamilton* v. *Patrick*, 62 Hun, 74, affirmed.
(Argued April 10, 1896; decided April 28, 1896.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made November 30, 1391, and amended September 13, 1892, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granted a new trial.

*Austen G. Fox* and *A. D. Wait* for appellant.

*Charles E. Patterson, Henry Edwin Tremain* and *John Stewart Durand* for respondents.

Order affirmed, with costs, on prevailing opinion below, and judgment absolute ordered against the plaintiff on the stipulation.
All concur.

---

J. EDWARD ACKLEY et al., Respondents, *v.* THE READING TRUST COMPANY, Appellant.

*Ackley* v. *Reading Trust Co.*, 78 Hun, 616, affirmed.
(Argued April 10, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1894, which overruled defendant's exceptions ordered to be heard in the first instance at General Term, and directed judgment upon a verdict in favor of plaintiffs directed by the court.